```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

UNITED STATES OF AMERICA,              :

     - v. -                            :

CESAR SANCHEZ,                         :

              Defendant.               :

------------------------------------------x
```

**MEMORANDUM AND ORDER**

04 CR 1101 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

We have received defendant's submission titled "Notice of Offer of Non-Disclosure," dated May 9, 2007, totaling 34 pages. To the extent that the submission requests a ruling, it is denied.

**IT IS SO ORDERED.**

DATED:     New York, New York
           May 18, 2007

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

Counsel for the government:
Jeffrey A. Brown, Esq.
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY   10007

Counsel for Defendant Sanchez:
John Kaley, Esq.
217 Broadway
New York, NY 10007